## Commonwealth *v.* James, Appellant.

Argued March 16, 1970. *David J. Rachofsky*, Assistant Defender, with him *Melvin Dildine*, Assistant Defender, and *Vincent J. Ziccardi*, Acting Defender, for appellant; *Brian E. Appel*, Assistant District Attorney, with him *James D. Crawford*, Assistant

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.